UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD ARROYO-RODRIGUEZ,

Plaintiff,

-vs-  Case No. 6:11-cv-1518-Orl-28TBS

COMMISSIONER OF SOCIAL
SECURITY,

Defendant.
_____

ORDER

Plaintiff brings this action to obtain judicial review of a final decision of the Commissioner of the Social Security Administration ("Commissioner") denying his claim for Disability Insurance Benefits under the Social Security Act. The United States Magistrate Judge has submitted a report recommending that the decision be affirmed.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objections to the Report and Recommendation (Doc. No. 25), the Objections are **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 11, 2013 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner is **AFFIRMED**.

3. The Clerk of the Court is directed to enter judgment for the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g) and to thereafter close the file.

**DONE and ORDERED** in Chambers, Orlando, Florida this 19th day of March, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party